Trustee Copy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Smith, Joseph D | ) | Case No.  11 B 04664 |
| Smith, Deborah M | ) | Judge John H. Squires |
| | | Date   12/19/11 |

Debtor Attorney:

Ernesto D Borges Jr Esq
105 W Madison St 23rd Floor
Chicago, IL  60602

Joseph D. Smith and Deborah M. Smith
950 E 193rd Place
Glenwood, IL  60425

Mail

Mail

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  American Home Mortgage Servicing

---

### Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 25 | 5401 | $ 18,274.62 | $ 16,190.65 | $ 16,190.65 |
| Total Amount Paid by Trustee | | | | $ 16,190.65 |

---

### Monthly Ongoing Mortgage Payment

Mortgage is Paid:

_____  Through the Chapter 13 Conduit        X   Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 19th day of December, 2011.

12/19/11 _____
Date

/s/ Rosalind Lanier _____
    Marilyn O. Marshall
    Chapter 13 Trustee
    Office of the Chapter 13 Trustee
    Suite 800
    224 South Michigan Avenue
    Chicago, IL 60604-2500

Debtor
Joseph D. Smith and Deborah M. Smith
950 E 193rd Place
Glenwood, IL 60425

US Trustee
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

Claim Holder
American Home Mortgage Servicing
Attn Cash Processing
1525 S Beltline Rd
Coppell, TX 75019

Debtor Attorney
Ernesto D Borges Jr Esq
105 W Madison St 23rd Floor
Chicago, IL 60602

Attorney for Claim Holder
C/O American Home Mortgage Servicing
Attn Cash Processing
1525 S Beltline Rd
Coppell, TX 75019