IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Joseph D. Smith, Sr. and Deborah M. Smith, | Case No. 11-04664 |
| Debtor(s). | Honorable W. Calendar |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES American Home Mortgage Servicing, Inc, as servicer for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-3, Asset-backed Certificates, Series 2007-3 (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about May 26, 2011, Movant filed its Proof of Claim as Claim Number 25 for a sum of $18,274.62 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on April 19, 2011, and confirmed on April 20, 2011, set-forth a pre-petition arrearage amount owed to American Home Mortgage Servicing, in the amount of $16,190.65.

3. Movant's pre-petition arrears of $16,190.65 were paid by the Chapter 13 Trustee in full per the terms of the confirmed plan.

4. The Debtors' post-petition payments to Movant were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for attorney fees in the amount of $250.00 incurred in this bankruptcy case. The breakdown is as follows:

-2-

$200.00 to prepare and file Response to the Motion to Deem Current and
$50.00 to prepare and file a Supplement to the Proof of Claim.

WHEREFORE, American Home Mortgage Servicing, Inc, as servicer for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-3, Asset-backed Certificates, Series 2007-3, prays that the Court declare that the post-petition fees are not current at this time.

> American Home Mortgage Servicing, Inc, as servicer for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-3, Asset-backed Certificates, Series 2007-3,
>
> By: /s/ Heather M. Giannino
> One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719